# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| **JONATHAN BUNDREN,** | ) |
| Plaintiff, | ) |
| v. | ) NO. 1:17-cv-00016 |
| | ) CHIEF JUDGE CRENSHAW |
| **CPL. DANIEL HALBROOKS, et al.,** | ) |
| Defendants. | ) |

## ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge concerning Defendants' Partial Motion to Dismiss (Doc. No. 24). Plaintiff did not respond to the Partial Motion to Dismiss. Regardless, the Magistrate Judge conducted a substantive review and recommended that it should be granted. (Doc. No. 27.) Plaintiff has not timely filed objections to the Report and Recommendation.

The Court has reviewed the Report and Recommendation and conducted a de novo review of the record. The Report and Recommendation is **APPROVED AND ADOPTED**. Accordingly, Plaintiff's (1) official capacity claims for monetary relief against Defendants Halbrooks, Thomas, and Mackin and (2) requests for injunctive relief are **DISMISSED**. Plaintiff's claims for monetary relief against the Defendants in their individual capacity shall proceed.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE